IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER GREGG, | § | |
| | § | |
| Defendant Below, | § | No. 222, 2021 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1711001192 (N) |
| | § | |
| Appellee. | § | |

Submitted: January 21, 2022
Decided:    March 24, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR,** Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's order denying the appellant's first motion for postconviction relief.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *State v. Gregg*, 2021 WL 2580713 (Del. Super. Ct. June 23, 2021).